IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:17-CR-00020 |
| | § | Judge Clark/Love |
| CESAR MARTINEZ-PECINA | § | |

## NOTICE OF PLEA AGREEMENT

Now Comes the United States of America by and through its United States Attorney and would show the Court that the Defendant, **Cesar Martinez-Pecina**, through his counsel of record, Kenneth R. Hawk, II, and the Government, have entered into a written plea agreement in relation to the charges now pending before this Court.

        Respectfully submitted,

        BRIT FEATHERSTON
        ACTING UNITED STATES ATTORNEY

        */s/ Allen H. Hurst*
        ALLEN H. HURST
        Assistant United States Attorney
        State Bar No. 10313280
        110 North College St., Suite 700
        Tyler, Texas 75702
        903-590-1400
        903-590-1436 (fax)
        Email: Allen.Hurst@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Plea Agreement has been served on counsel of record for defendant via the court's CM/ECF system on this the 3rd day of May, 2017.

                                             */s/Allen H. Hurst*
                                             ALLEN H. HURST